IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CALEB MICHAEL DUDLEY,
    Plaintiff,

v.                                CIVIL ACTION NO. 3:25cv013

SHERRIE DANIELLE JOYNES and
    STEPHANIE MORTON,

    Defendant.

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the following Defendant:

**Stephanie Morton**

I certify that I am admitted to practice in this Court.

<u>March 4, 2025</u>
Date

                                        Respectfully submitted,

                                        STEPHANIE MORTON

                   By:    <u>/s/ Cassandra E. Sheehan</u>
                               Cassandra E. Sheehan, VSB No. 87990
                               Assistant Attorney General
                               Office of the Attorney General
                               Criminal Justice & Public Safety Division
                               202 North Ninth Street
                               Richmond, Virginia 23219
                               Phone: (703) 359-1117
                               Fax: (804) 786-4239
                               Email: csheehan@oag.state.va.us
                               *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of March 2025, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing ("NEF") to the following:

Danny Zemel
The Krudys Law Firm, PLC
919 East Main Street, Suite 2020
Richmond, VA 23219
Email: dzemel@krudys.com
(804) 774-7950

By:   /s/ Cassandra E. Sheehan
Cassandra E. Sheehan, VSB No. 87990
Assistant Attorney General
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North Ninth Street
Richmond, Virginia 23219
Phone: (703) 359-1117
Fax: (804) 786-4239
Email: csheehan@oag.state.va.us
*Counsel for Defendant*