IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CALEB MICHAEL DUDLEY,        )
       Plaintiff,           )
                             )
v.                           )    Civil Action No. 3:25CV13 (RCY)
                             )
STEPHANIE MORTON, *et al.*,  )
       Defendants.          )
                             )

**ORDER**

This matter is before the Court on Defendant Morton's Motion for an Extension of Time to Respond to the Complaint (ECF No. 7). Plaintiff filed his Complaint on January 10, 2025. Defendant Morton's responsive pleading was due on February 14, 2025. In the instant Motion, however, Defendant Morton represents that the Office of the Attorney General of Virginia was recently subject to a cyber-attack which prevented counsel from working on the matter. As such, Defendant Morton requests a twenty-one-day extension of her responsive pleading deadline. Plaintiff does not object to the Motion.

For good cause shown, the Motion (ECF No. 7) is GRANTED. Defendant Morton's responsive pleading deadline is hereby EXTENDED to March 11, 2025.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                      /s/
                                        Roderick C. Young
                                        United States District Judge

Date: March 06, 2025
Richmond, Virginia