IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CALEB MICHAEL DUDLEY,
    Plaintiff,

v.                                      CIVIL ACTION NO. 3:25cv13

DANIELLE JOYNES and STEPHANIE MORTON,
    Defendant.

## DEFENDANT STEPHANIE MORTON'S MOTION TO DISMISS

COMES NOW, Defendant, STEPHANIE MORTON ("Morton"), and respectfully moves to dismiss Plaintiff, CALEB MICHAEL DUDLEY's, Complaint (ECF No. 5) pursuant to Federal Rule of Civil Procedure 12(b)(6). Morton has simultaneously filed a Memorandum in Support with this Motion to Dismiss. Because Morton addresses all claims lodged against her in the Complaint in this Motion and her Memorandum in Support, she respectfully requests that the Complaint be dismissed against her in its entirety and that she be completely dismissed from the above-referenced action.

                                                  Respectfully submitted,

                                                  Stephanie Morton

                            By:     s/ Cassandra E. Sheehan
                                     Cassandra E. Sheehan, VSB No. 87990
                                     Assistant Attorney General
                                     Office of the Attorney General
                                     Criminal Justice & Public Safety Division
                                     202 North Ninth Street
                                     Richmond, Virginia 23219
                                     Phone: (703) 359-1117
                                     Fax: (804) 786-4239
                                     Email: csheehan@oag.state.va.us
                                     *Counsel for Defendant Morton*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing ("NEF") to the following:

Danny Zemel
THE KRUDYS LAW FIRM, PLC
919 E. Main Street, Suite 2020
Richmond, VA 23219
Email: dzemel@krudys.com

                                                  s/ Cassandra E. Sheehan
                                      Cassandra E. Sheehan, AAG, VSB No. 87990
                                      Assistant Attorney General
                                      Office of the Attorney General