IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| CALEB MICHAEL DUDLEY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:25CV13 (RCY) |
| | ) | |
| STEPHANIE MORTON, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on Defendant Morton's Agreed Motion for an Extension of Time to Respond to the Complaint (ECF Nos. 10, 11).[1] Plaintiff filed his Complaint on January 10, 2025. Defendant Morton's responsive pleading was originally due on February 14, 2025. On March 6, 2025, the Court extended the responsive deadline to March 11, 2025, due to a cyber-attack at the Office of the Attorney General of Virginia. In the instant Motion, the parties ask that the Court further extend the responsive deadline to March 14, 2025, while Defendant Morton waits for additional information needed to prepare a response. Plaintiff does not object to Defendant's request.

For good cause shown, the Motion (ECF Nos. 10, 11) is GRANTED. Defendant Morton's responsive pleading deadline is hereby EXTENDED to March 14, 2025, and the Motion to Dismiss filed on March 14, 2025, is DEEMED TIMELY.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: March 17, 2025
Richmond, Virginia

---

[1] Defendant Morton inadvertently filed the instant Motion *ex parte* (ECF No. 10). The Motion was subsequently refiled as ECF No. 11.