IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CALEB MICHAEL DUDLEY, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:25CV13 (RCY) |
| ) | |
| STEPHANIE MORTON, *et al.*, ) | |
| Defendants. ) | |
| ) | |

**ORDER**

This matter is before the Court on Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendant Morton's Motion to Dismiss (ECF No. 15). On March 14, 2025, Defendant Morton filed a Motion to Dismiss Plaintiff's Complaint. Plaintiff's deadline to respond is March 28, 2025. In the instant Motion, counsel for Plaintiff represents that he is currently preparing for trial and accordingly requests that the Court extend his response deadline to April 7, 2025. Counsel for Defendant Morton does not oppose Plaintiff's request.

For good cause shown, the Motion (ECF No. 15) is GRANTED. Plaintiff's deadline to respond to the pending Motion to Dismiss is hereby EXTENDED to April 7, 2025.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: March 18, 2025
Richmond, Virginia