UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

CALEB MICHAEL DUDLEY,

    Plaintiff,                                                      Civil Action No.: 3:25-cv-00013

v.

SHERRIE DANIELLE JOYNES, and
STEPHANIE MORTON,

    Defendants.

**NOTICE OF APPEARANCE**

To the Clerk of Court and all parties of record:

    Please take notice that the undersigned attorney hereby enters an appearance as counsel of record for Defendant **Sherrie D. Joynes** in the above-captioned matter.

    I certify that I am permitted to practice before this honorable Court/

    All further notices and copies of pleadings, papers, and other materials should be served upon the undersigned counsel

                                                  Respectfully submitted,
                                                  Sherrie Joynes

                                                  /s/   Carteia V. Basnight_____
                                                  Carteia V. Basnight, Esquire (VSB No. 79856)
                                                  The Law Office of Carteia V. Basnight
                                                  1919 Commerce Drive, Suite 495
                                                  Hampton, VA 23666
                                                  Telephone: (757) 838-0001
                                                  Fax: (757) 848-5871
                                                  carteia@basnightlaw.com
                                                  *Counsel for Defendant Sherrie D. Joynes*

# CERTIFICATE OF SERVICE

   I hereby certify that on the 7th day of April 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a copy of the foregoing to the following:

Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Email: dzemel@krudys.com
*Counsel for Plaintiff Caleb Michael Dudley*


Cassandra E. Sheehan, VSB No. 87990
Assistant Attorney General
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North Ninth Street
Richmond, Virginia 23219
Phone: (703) 359-1117
Fax: (804) 786-4239
Email: csheehan@oag.state.va.us
*Counsel for Defendant*

                    /s/
                 Carteia V. Basnight, Esquire (VSB No. 79856)
                 The Law Office of Carteia V. Basnight
                 1919 Commerce Drive, Suite 495
                 Hampton, VA 23666
                 Telephone: (757) 838-0001
                 Fax: (757) 848-5871
                 carteia@basnightlaw.com
                 *Counsel for Defendant Sherrie D. Joynes*