UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

CALEB MICHAEL DUDLEY,

        Plaintiff,                             Civil Action No.: 3:25-cv-00013

v.

SHERRIE DANIELLE JOYNES, and
STEPHANIE MORTON,

        Defendants.

**DEFENDANT'S UNOPPOSED**
**MOTION TO FILE A LATE PLEADING**

COMES NOW Defendant Sherrie Joynes, through counsel, requests an extension to file a late pleading in this matter pursuant to Federal Rule of Civil Procedure 6(b)(1)(B). . The accompanying memorandum provides details and supporting law for the request.

                                                          Respectfully submitted,
                                                          Sherrie Joynes

                                                          /s/ _____
                                                          Counsel

I ASK FOR THIS

_____/s/_____
Carteia V. Basnight, Esquire (VSB No. 79856)
The Law Office of Carteia V. Basnight
1919 Commerce Drive, Suite 495

Hampton, VA 23666
Telephone: (757) 838-0001
Fax: (757) 848-5871
carteia@basnightlaw.com
*Counsel for Defendant Sherrie D. Joynes*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a copy of the foregoing to the following:

Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Email: dzemel@krudys.com
*Counsel for Plaintiff Caleb Michael Dudley*

Cassandra E. Sheehan, VSB No. 87990
Assistant Attorney General
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North Ninth Street
Richmond, Virginia 23219
Phone: (703) 359-1117
Fax: (804) 786-4239
Email: csheehan@oag.state.va.us
*Counsel for Defendant*

_____
Counsel