# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

CALEB MICHAEL DUDLEY,

        Plaintiff,

v.

        Civil Action No.: 3:25-cv-00013

SHERRIE DANIELLE JOYNES, and
STEPHANIE MORTON,

        Defendants.

## ORDER

Upon consideration of the motion brought forth by the Defendant and the Plaintiff's consent to such motion, this Court finds good cause shown, and finds that there has been excusable neglect in the defendant's failure to answer within the time allowed and that it would be in the best interests of justice to grant an extension of time for the defendant to answer in this action.

It is therefore **ORDERED** that the defendant may file the Answer attached to this motion no later April 11, 2025.

The Clerk shall forward copies of this order to all counsel of record.

Entered this _____ Day of April 2025

                                                                                     United States Magistrate Judge

ASKED FOR:

Carteia V. Basnight, Esquire VSB #79856
Law Office of Carteia V. Basnight
1919 Commerce Drive, Suite 110
Hampton, Virginia 23666
(757) 838-0001 (telephone)
(757) 548-5871 (fax)
carteia.basnight@gmail.com
*Counsel for Defendant Sherrie D.* Joynes

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a copy of the foregoing to the following:

Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Email: dzemel@krudys.com
Counsel for Plaintiff Caleb Michael Dudley

Cassandra E. Sheehan, VSB No. 87990
Assistant Attorney General
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North Ninth Street
Richmond, Virginia 23219
Phone: (703) 359-1117
Fax: (804) 786-4239
Email: csheehan@oag.state.va.us
Counsel for Defendant

Carteia V. Basnight, Esq

2