IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CALEB MICHAEL DUDLEY, )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>SHERRIE DANIELLE JOYNES, *et al.*, )<br>       Defendants. )<br>) | Civil Action No. 3:25CV13 (RCY) |

**ORDER**

This matter is before the Court on Defendant Sherrie Danielle Joynes's Unopposed Motion to File a Late Pleading (ECF No. 19). Defendant Joynes was served with Plaintiff's Complaint on January 27, 2025, making her response deadline February 17, 2025.

In the instant Motion, Defendant Joynes requests that the Court allow her to file her Answer out of time. In support, she provides a proposed Answer and represents that service was received by Defendant Joynes's family member, who only provided the Complaint to Defendant Joynes two weeks later. Defendant Joynes then retained her current counsel; however, counsel was temporarily out of office due to family medical circumstances. Thus, Defendant Joynes was unable to timely file a responsive pleading. Plaintiff does not oppose Defendant's request.

Finding excusable neglect, the Court hereby GRANTS Defendant Joynes's Motion (ECF No. 19) and DIRECTS Defendant Joynes to re-file her proposed Answer as an independent document.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

Date: April 8, 2025  
Richmond, Virginia

/s/ RCY  
Roderick C. Young  
United States District Judge