IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| CALEB MICHAEL DUDLEY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:25CV13 (RCY) |
| | ) | |
| STEPHANIE MORTON, | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on Defendant Stephanie Morton's Unopposed Motion for an Extension of Time ("Motion for Extension," ECF No. 23) and Motion to Deem [Reply] Timely Filed (ECF No. 25). Defendant filed a Motion to Dismiss Plaintiff's Complaint on March 14, 2025. Plaintiff filed his Memorandum in Opposition on April 7, 2025, making Defendant's Reply due on April 14, 2025. Counsel for Defendant filed the Motion for Extension, seeking leave to file her Reply on April 21, 2025, after obtaining consent from Plaintiff's counsel for the requested extension. *See* Mot. Extension. Thereafter, Defendant filed her Reply (ECF No. 24) at 12:01 AM on April 22, 2025. Defendant Morton requests that the Court deem the Reply timely filed in accordance with the agreed-upon April 21, 2025 deadline, as a two-minutes-late filing does not prejudice Plaintiff and otherwise constitutes excusable neglect. *See* Mot. Deem Timely Filed.

Finding good cause, both Motions (ECF Nos. 23, 25) are hereby GRANTED. Defendant Morton's Reply (ECF No. 24) is DEEMED TIMELY.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

Date: April 23, 2025
Richmond, Virginia

/s/ RCY
Roderick C. Young
United States District Judge