AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas ▼

| | |
|---|---|
| Caleb Dudley ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  CIVIL ACTION NO. 3:25cv13 |
| Steohanie Morton, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Caleb Dudley

Date:     09/23/2025

*Attorney's signature*

Maisie Osteen, VSB #98736
*Printed name and bar number*
626 E. Broad Street, #200
Richmond, Virginia
23219

*Address*

maisie@justice4all.org
*E-mail address*

(434) 825-3697
*Telephone number*

*FAX number*