UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CALEB MICHAEL DUDLEY,

       Plaintiff,

v.                                                                                              Civil Action No. 3:25-cv-13

STEPHANIE MORTON, *et al*.

       Defendants.

**Plaintiff's Motion to Retroactively Proceed Anonymously**

Plaintiff Caleb Dudley, by counsel, and for the reasons stated in the attached memorandum, moves this Court to allow him to proceed anonymously and to apply that anonymity retroactively.

Respectfully submitted,

CALEB MICHAEL DUDLEY,

By:      /s/ Danny Zemel
                Counsel

Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone: (804) 774-7950
Fax:    (804) 381-4458
Email: dzemel@krudys.com

Maisie Osteen (VSB #98736)
LEGAL AID JUSTICE CENTER
626 E. Broad Street, Suite 200
Richmond, VA 23219

Phone: (804) 643-1086
Fax:    (804) 643-2059
Email:  maise@justice4all.org

*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on this 6th day of November 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

                         By:    /s/ Danny Zemel
                                       Counsel