IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| JOHN DOE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:25CV13 (RCY) |
| | ) | |
| SHERRIE DANIELLE JOYNES, *et al.*, | ) | |
|     Defendants. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on Defendant Stephanie Morton's Motion to Dismiss (ECF No. 12). For the reasons set forth in the accompanying Memorandum Opinion, the Court GRANTS the Motion to Dismiss (ECF No. 12) and DISMISSES Count IV of the Complaint. As there are no other claims against Defendant Morton, Defendant Morton is accordingly DISMISSED from the action.

Finding no further threshold issues preventing the progression of this case, the Court DIRECTS the remaining parties to contact the Courtroom Deputy of the undersigned within seven (7) days of the date of this Order, to schedule an Initial Pretrial Conference.

Let the Clerk file this Order electronically, notifying counsel accordingly.

It is so ORDERED.

                                                                            /s/ RCY
                                                       Roderick C. Young
Date: March 11, 2026                               United States District Judge
Richmond, Virginia