**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

JOHN DOE,

        Plaintiff,

                                 Civil Action No. 3:25-cv-13

v.

STEPHANIE MORTON, *et al.*

        Defendants.

**Plaintiff's Motion for Leave to File an Amended Complaint**

Plaintiff John Doe, by counsel, and for the reasons stated in the attached memorandum, moves this Court for leave so that he may file the Amended Complaint attached hereto as Exhibit 1, and to grant other such relief as it deems proper.

Respectfully submitted,

JOHN DOE,

By:        /s/ Danny Zemel
                Counsel

Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax:   (804) 381-4458
Email: dzemel@krudys.com

Maisie Osteen (VSB #98736)
LEGAL AID JUSTICE CENTER

626 E. Broad Street, Suite 200
Richmond, VA 23219
Phone: (804) 643-1086
Fax:    (804) 643-2059
Email:  maise@justice4all.org

*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on this 20th day of April 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

By:    /s/ Danny Zemel
                Counsel

2