**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

JOHN DOE,

       Plaintiff,

                            Civil Action No. 3:25-cv-13

v.

SHERRIE DANIELLE JOYNES,

       Defendant.

### JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER

COME NOW the Parties, by their respective counsel, and pursuant to Federal Rule of Civil Procedure 26(c), move this Court for entry of the attached Protective Order. In support of this Motion, the Parties respectfully state as follows:

1.      The Parties agree that it is likely that confidential or proprietary information will be produced during the course of discovery in this case, and that the production and dissemination of such information could be harmful absent appropriate protection.

2.      The entry of the attached Protective Order, attached hereto as Exhibit 1, will facilitate the discovery process in this case. Accordingly, based on the agreement of the Parties, and for good cause to protect confidential information and to facilitate discovery, the Parties respectfully request that the Court enter the Protective Order.

Dated: May 22, 2026

                            Respectfully submitted,

                            JOHN DOE,

                            By:        /s/ Danny Zemel
                                        Counsel

Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone: (804) 774-7950
Fax:    (804) 381-4458
Email: dzemel@krudys.com

Maisie Osteen (VSB #98736)
LEGAL AID JUSTICE CENTER
626 E. Broad Street, Suite 200
Richmond, VA 23219
Phone: (804) 643-1086
Fax:    (804) 643-2059
Email:  maisie@justice4all.org

*Counsel for Plaintiff*

/s/ Carteia V. Basnight_____
Carteia V. Basnight (VSB No. 79856)
THE LAW OFFICE OF CARTEIA V. BASNIGHT
1919 Commerce Drive, Suite 495
Hampton, VA 23666
Telephone: (757) 838-0001
Fax: (757) 848-5871
Email: carteia@basnightlaw.com

*Counsel for Defendant*

### Certificate of Service

I hereby certify that on this 22nd day of May 2026, I have electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will send notification of

such filing to all parties of record.


By:    /s/ Danny Zemel____
                Counsel