IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN DOE,

    Plaintiff,

        v.                                   Civil Action No. 3:25cv13 (RCY)

SHERRIE DANIELLE JOYNES, *et al.,*

    Defendants.

_____

## AMENDED INITIAL SCHEDULING ORDER

An <u>initial pretrial conference</u> in this case will be held at <u>10:40 a.m.</u> on <u>July 15, 2026</u> via zoom.gov. You will receive an email with further instructions and a link to join the hearing. At the conference, the case will be set for trial. Counsel for each party, or, if a party is not represented by counsel, the unrepresented party, shall appear. It is necessary for only one attorney for represented parties to attend the initial pretrial conference, provided that the attorney in attendance is authorized to set the matter for trial on a date certain.

Within fourteen (14) days of the date of entry of this Order, any defendant who has not filed an Answer to the controlling Complaint SHALL do so.

No later than twenty-one (21) days before the initial pretrial conference, counsel and any pro se parties shall meet, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, to formulate a discovery plan for the case. The Rule 26(f) meeting may occur by telephone. Counsel will orally report the results of the Rule 26(f) meeting at the pretrial conference. If the parties agree on a departure from the discovery procedures contained in the Federal Rules of Civil Procedure or the Local Rules, they shall tender an endorsed order at the pretrial conference.

No later than ten (10) days after the Rule 26(f) conference, the parties shall exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a).  Absent leave of Court, the initial disclosures must occur, regardless of whether a dispositive motion is pending.  Disclosures shall be updated pursuant to Fed. R. Civ. P. 26(e).  Timely updated disclosures shall include the disclosure of documents and witnesses to be used or offered for impeachment or rebuttal.

It is so ORDERED.


_____ /s/ *RCY*

Roderick C. Young
United States District Judge


Richmond, Virginia
Date: June 11, 2026


IF THIS CASE IS SETTLED PRIOR TO THE CONFERENCE, PLEASE CALL CHAMBERS AT (804) 916-2240.  THANK YOU.

2