IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN DOE,                                              )
     Plaintiff,                                    )
                                                   )
          v.                                )     Civil Action No. 3:25CV13 (RCY)
                                                   )
SHERRIE DANIELLE JOYNES, *et al.*,                     )
     Defendants.                                   )
_____)

## ORDER

It is hereby ORDERED that the settlement conference required by paragraph 2 of the Court's Rule 16(b) Scheduling Order ("Scheduling Order") issued in this action is hereby REFERRED to United States Magistrate Judge Mark R. Colombell. The parties shall contact the chambers of Judge Colombell within **5 days from the date of this Order** to schedule the settlement conference and shall further in all respects comply with the requirements set forth in paragraph 2 of the Court's Scheduling Order.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

_____ /s/ *RCY*
Roderick C. Young
United States District Judge

Date: July 16, 2026
Richmond, Virginia