**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

JOHN DOE,

Plaintiff,

Civil Action No. 3:25-cv-13

v.

SHERRIE JOYNES.

Defendant.

**Plaintiff's Motion to Compel Discovery Responses**

Plaintiff John Doe, by counsel, and for the reasons stated in the accompanying memorandum, moves this Court to compel Defendant Joynes to respond to the discovery requests propounded on her on August 5, 2026. The discovery requests are attached as an exhibit to the accompanying memorandum.

Respectfully submitted,

JOHN DOE,

By: /s/ Danny Zemel
Counsel

Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: dzemel@krudys.com

Maisie Osteen (VSB #98736)
LEGAL AID JUSTICE CENTER
626 E. Broad Street, Suite 200
Richmond, VA 23219
Phone: (804) 643-1086
Fax: (804) 643-2059
Email: maise@justice4all.org

*Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that on this 23rd day of September 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

By: /s/ Danny Zemel__
Counsel