**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

JOHN DOE,

Plaintiff,

Civil Action No. 3:25-cv-13

v.

SHERRIE JOYNES.

Defendant.

**Plaintiff's Motion to Compel Discovery Responses**

Defendant Joynes' responses to discovery requests issued to her are almost three weeks past due and she has provided no information about when responses will be forthcoming. A deposition has already been postponed as a result and the meet and confer process provided no progress on the production of documents or answers to interrogatories. Plaintiff respectfully asks that this Court compel Defendant Joynes to provide discovery responses.

This matter involves the assault on John Doe that was caused by the deliberate indifference of Defendant Sherrie Joynes. *See* Complaint, ECF 1, at 3-5. On August 5, 2026, pursuant to Federal Rules of Civil Procedure 33 and 34, Plaintiff issued Interrogatories and Requests for Production of Documents to Defendant Joynes. Those discovery requests are attached as **Exhibit 1**. According to the Local Rules, any objections to those requests were due fifteen (15) days later, on August 20, 2026. No objections were made and thus any objections that could have been made were waived.

Under the Federal Rules, answers to the Interrogatories were due thirty (30) days after being served, Fed. R. Civ. P. (33)(b)(2), as were the documents requested. Fed. R. Civ. P. 34(b)(2)(A). Accordingly, Defendant Joynes' requests were due Friday, September 4, 2026. To

date, no responses or documents have been provided. The deposition of Defendant Joynes scheduled for September 22, 2026 had to be postponed as a result.

When undersigned counsel reached out to counsel for Defendant Joynes by email on Tuesday, September 8, he was told that discovery documents would be provided by the end of the week. On Monday, September 14, after not receiving anything, undersigned counsel spoke with counsel for Defendant Joynes for the purposes of meeting and conferring as required by the Federal (and Local) Rules. *See* Fed. R. Civ. P. 37(a)(1) and Local Rule 37(E). Counsel for Defendant Joynes was unable to provide any information about when discovery responses would be provided. And no further information or update about when discovery responses would be submitted has been provided since.

Under Federal Rule of Civil Procedure 26, "parties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party." Fed. R. Civ. P. 26(b)(1). If a party fails to respond to interrogatories or requests for production, the "party seeking discovery may move the Court to compel answers." *Doe v. Old Dominion Univ.*, 289 F. Supp. 3d 744, 749 (E.D. Va. 2018) (citing Fed. R. Civ. P. 37(a)(3)(B)).

Defendant Joynes' complete failure to respond to discovery (or provide any objections) is a sufficient basis for this Court to grant this motion to compel. In fact, a "complete failure to respond to discovery" means a court "may order sanctions," *Edward v. Hooks*, No. 5:21-ct-3270, 2023 U.S. Dist. LEXIS 93194 at *9 (E.D.N.C. May 26, 2023), a higher burden than that for a motion to compel. Defendant Joynes has provided no indication that discovery responses will be forthcoming; accordingly, this Court's intervention is necessary. *See also Fenix v. Soto*, No. 1:24-cv-202, 2026 U.S. Dist. LEXIS 2635, *4 (E.D. Cal. Jan. 6, 2026) ("Based on [Defendant]'s

complete failure to respond to [Plaintiff]'s discovery requests, the Court will grant the motion to compel.").

Plaintiff has met and conferred with counsel for Defendant Joynes as required by the Local and Federal Rules and has met his burden in seeking a motion to compel. Therefore, he asks this Court to order that Defendant Joynes respond in full to the Interrogatories and Requests for Production of Documents issued on August 5, 2026 and attached to this memorandum. And to grant any other relief this Court deems proper.

Respectfully submitted,

JOHN DOE,

By: /s/ Danny Zemel
Counsel

Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: dzemel@krudys.com

Maisie Osteen (VSB #98736)
LEGAL AID JUSTICE CENTER
626 E. Broad Street, Suite 200
Richmond, VA 23219
Phone: (804) 643-1086
Fax: (804) 643-2059
Email: maise@justice4all.org

*Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that on this 23rd day of September 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

By: /s/ Danny Zemel__
Counsel