**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

JOHN DOE,

Plaintiff,

Civil Action No. 3:25-cv-00013

v.

SHERRIE JOYNES,

Defendant.

**Plaintiff's First Interrogatories and Document Requests to Defendant Sherrie Joynes**

Pursuant to Federal Rules of Civil Procedure 26(b), 33, and 34, Plaintiff John Doe, by counsel, hereby propounds the following First Interrogatories and Document Requests on Defendant Sherrie Joynes ("Joynes"). Documents should be produced to Plaintiff's counsel by email at dzemel@krudys.com and tangible things to Plaintiff's counsel at The Krudys Law Firm, PLC, 919 East Main Street, Suite 2020, Richmond, VA 23219.

**Interrogatories**

1. Please identify all persons who you know or understand to have knowledge of any of the events or allegations in the Complaint, any of your defenses, and/or any other matter that you believe or will contend is relevant to this litigation and state your understanding of those persons' knowledge.

**ANSWER:**

2. Describe all communications that you had with John Doe between September 1, 2019 and the end of your employment at the Bon Air Juvenile Correctional Center ("Bon Air").

**ANSWER:**

3. Excluding communications with your counsel in this matter, describe in detail all communications concerning John Doe and the events in the Complaint to which You have been a party or that You otherwise know about.

**ANSWER:**

4. Excluding communications with counsel, please describe the circumstances surrounding the end of your employment with the Department of Juvenile Justice ("DJJ") at Bon Air.

**ANSWER:**

5. If You have knowledge of any complaints or criticisms made by any person other than Plaintiff concerning any DJJ or Bon Air personnel's interactions with John Doe, identify each person making such complaints or criticisms, the personnel who were the subjects of the complaints/criticisms, and generally the substance of the complaints or criticisms.

**ANSWER:**

6. If you contend that, with respect to John Doe at any time on September 5, 2019, you were following orders or directives from any other person, describe in detail what the orders/directives were and identify the person making such orders/directives.

**ANSWER:**

7. Please describe your employment history since leaving Bon Air. This should include the names and locations of all of your employers, the dates you worked for each employer, the position you held at each job, and, if you have ever received a reprimand or been terminated from a job in corrections or law enforcement, please describe the circumstances.

**ANSWER:**

8. Please provide your current address, as well as the address of any other property you own.

**ANSWER:**

## DOCUMENT REQUESTS

Please produce the following documents in Your possession, custody, or control:

1. Any and all documents and tangible things relating to, or concerning, the events detailed in the Complaint.

**RESPONSE:**

2. Any and all documents and tangible things that you or your attorney provided to any person conducting an investigation into the events described in the Complaint.

**RESPONSE:**

3. Copies of all documents identified or described in your Answers to Plaintiff's First Interrogatories to you or used in connection with answering Plaintiff's First Interrogatories to you.

**RESPONSE:**

4. Copies of any documents identified or described in your Answer to the Complaint in this matter or used in connection with answering the Complaint in this matter.

**RESPONSE:**

5. A true copy of any and all policies of insurance (including excess policies), Risk Management, or self-insurance plans under which you may be covered or afforded a defense for the claims alleged in the Complaint for this matter.

**RESPONSE:**

6. All documents and tangible things related to any defense or denial of liability that you have asserted or will assert in this matter.

**RESPONSE:**

7. Legible copies of any and all documents and tangible things that you have obtained or will later obtain pursuant to any subpoenas *duces tecum* issued by you or your counsel in this action.

**RESPONSE:**

JOHN DOE,

By: /s/ Danny Zemel___
Counsel

Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: dzemel@krudys.com

Maisie Osteen (VSB #98736)
LEGAL AID JUSTICE CENTER
626 E. Broad Street, Suite 200
Richmond, VA 23219
Phone: (804) 643-1086
Fax: (804) 643-2059
Email: maise@justice4all.org

*Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that on this 5th day of August 2026, I will send by email the foregoing to:

Carteia V. Basnight (VSB No. 79856)
THE LAW OFFICE OF CARTEIA V. BASNIGHT
1919 Commerce Drive, Suite 495
Hampton, VA 23666
Telephone: (757) 838-0001
Fax: (757) 848-5871
Email: carteia@basnightlaw.com
*Counsel for Defendant Joynes*

/s/ Danny Zemel

Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: dzemel@krudys.com