**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **JOHN DOE**<br>Plaintiff,<br><br>v.<br><br>**SHERRIE DANIELLE JOYNES, et al.,**<br>Defendants. | Civil Action No. **3:25-cv-00013-RCY** |

# DEFENDANT SHERRIE DANIELLE JOYNES'S COUNSEL'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW

Counsel for Defendant **Sherrie Danielle Joynes** respectfully moves, pursuant to Local Civil Rule 83.1(D)(3), for leave to withdraw as counsel of record for Ms. Joynes. In support, counsel states as follows:

1.- Counsel entered an appearance on behalf of Ms. Joynes in this action.

2.- Since entering that appearance, counsel has made reasonable efforts to communicate with Ms. Joynes and to obtain information and materials necessary for counsel to meet ongoing case and discovery obligations.

3.- Due to circumstances affecting Ms. Joynes's ability to maintain her case-related obligations, the communication and cooperation necessary for counsel to continue fulfilling those obligations have not been maintained. As a result, counsel cannot continue the representation effectively and consistent with counsel's professional responsibilities.

4.- Counsel does not disclose further detail because doing so could reveal confidential attorney-client communications or attorney work product.

5.- Granting this Motion will not unfairly prejudice any party. Counsel has provided Ms. Joynes reasonable notice of this Motion as required by Local Civil Rule 83.1(D)(3). A notice-and-service certification is included below.

6.- If this Motion is granted, Ms. Joynes will be responsible for retaining substitute counsel or proceeding **pro se**. Ms. Joynes has also been advised that she remains responsible for all

deadlines, discovery obligations, court orders, and other requirements in this action unless and until substitute counsel appears.

WHEREFORE, counsel respectfully requests that the Court enter the accompanying proposed Order granting counsel leave to withdraw as attorney of record for Defendant Sherrie Danielle Joynes and directing the Clerk to terminate counsel's ECF notices for Ms. Joynes after entry of the Order.

Respectfully submitted,

**SHERRIE DANIELLE JOYNES**

By counsel

/s/ **Carteia V. Basnight**___________________

Carteia V. Basnight (VSB No. [INSERT])
Law Office of Carteia V. Basnight
1919 Commerce Drive, Suite 495
Hampton, Virginia 23666
Telephone: (757) 838-0001
Facsimile: (757) 848-5871
Email: carteia@basnightlaw.com
*Counsel for Defendant Sherrie Danielle Joynes*

## Certification of Notice to Client

I certify that, on September 22, 2026, I provided Defendant Sherrie Danielle Joynes reasonable notice of this Motion and of the consequences of withdrawal by U>S. mail and email. The notice advised Ms. Joynes that: (a) counsel seeks leave to withdraw; (b) she must promptly retain substitute counsel or be prepared to proceed pro se if the Court grants the Motion; and (c) she remains responsible for complying with all court orders, deadlines, and discovery obligations.

/s/ **Carteia V. Basnight**
Carteia V. Basnight

## Certificate of Service

I certify that on **September 23, 2026,** I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record as listed below. I further certify that I served a copy of the foregoing on Defendant Sherrie Danielle Joynes by the method stated in the Certification of Notice to Client above.

Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: dzemel@krudys.com

Maisie Osteen (VSB #98736)
LEGAL AID JUSTICE CENTER
626 E. Broad Street, Suite 200
Richmond, VA 23219
Phone: (804) 643-1086
Fax: (804) 643-2059
Email: maise@justice4all.org
Counsel for Plaintiff

/s/ **Carteia V. Basnight**

Carteia V. Basnight (VSB No. 79856)
Law Office of Carteia V. Basnight
1919 Commerce Drive, Suite 495
Hampton, Virginia 23666
Telephone: (757) 838-0001
Facsimile: (757) 848-5871
Email: carteia@basnightlaw.com
*Counsel for Defendant Sherrie Danielle Joynes*