IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOHN DOE,<br>Plaintiff,<br><br>v.<br><br>SHERRIE DANIELLE JOYNES, *et al.*,<br>Defendants. | Civil Action No. 3:25CV13 (RCY) |

**ORDER**

This matter is before the Court on a Motion for Leave to Withdraw (ECF No. 48), filed by counsel for Defendant Sherrie Danielle Joynes. Therein, counsel represents that she cannot continue her present representation of Defendant Joynes effectively and consistent with counsel's professional responsibilities. Mot. 1. Counsel has provided notice of the Motion to Defendant Joynes and informed Defendant Joynes that notwithstanding counsel's withdrawal, Defendant Joynes will remain responsible for complying with all continuing litigation deadlines and obligations; the Court further notes that such obligations include appearing at the forthcoming settlement conference before United States Magistrate Judge Mark R. Colombell.

Having considered the Motion, it is hereby ORDERED that (1) the Motion for Leave to Withdraw (ECF No. 48) is GRANTED; and (2) attorney Carteia V. Basnight is hereby REMOVED as counsel of record for Defendant Joynes in this matter, leaving Defendant Joynes *pro se* unless and until substitute counsel appears in the case.

The Clerk is DIRECTED to update the docket in accordance with the foregoing, file this Order electronically, and mail a copy to Defendant Joynes at the address appearing on the summons issued previously in this case.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: October 7, 2026
Richmond, Virginia