**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

JOHN DOE,

Plaintiff,

Civil Action No. 3:25-cv-13

v.

SHERRIE JOYNES,

Defendant.

**Notice of Settlement**

Plaintiff John Doe, by counsel, informs the Court that the Defendant Sherrie Joynes and the Plaintiff have agreed upon a settlement. Pursuant to the Memorandum of Understanding signed at the settlement conference, the parties will execute the appropriate paperwork within ten (10) business days of this Notice and Plaintiff will then move to dismiss his claims against Defendant Joynes within ten (10) business days of the settlement agreement and accompanying paperwork being fully executed.

Respectfully submitted,

JOHN DOE,

By: /s/ Danny Zemel
Counsel

Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax: (804) 381-4458

Email: dzemel@krudys.com

Maisie Osteen (VSB #98736)
LEGAL AID JUSTICE CENTER
626 E. Broad Street, Suite 200
Richmond, VA 23219
Phone: (804) 643-1086
Fax: (804) 643-2059
Email: maise@justice4all.org

*Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that on this 21st day of October 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record. Further, I also will send the foregoing by first class mail and email to:

Sherrie Daniel Joynes
391 Chanticleer Drive
Petersburg, VA 23805
sherriejoynes84@yahoo.com

By: /s/ Danny Zemel__
Counsel