IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN DOE,
Plaintiff,

v. Civil Action No. 3:25CV13 (RCY)

SHERRIE DANIELLE JOYNES,
Defendant.

**ORDER**
**(Directing Stipulation of Dismissal Filing)**

This matter comes before the Court after receiving notice that the parties have reached a settlement in the above-styled matter. *See* ECF No. 51. The Plaintiff represents that he intends to file a stipulation of dismissal within 10 days of finalization of the settlement documents. In light of the foregoing, to aid in the efficient resolution of the underlying matter, the Court hereby ORDERS that the parties SHALL file a stipulation of dismissal pursuant to Federal Rule of Procedure 41(a)(2) no later than 12:00 P.M. (noon) on November 18, 2026, OR, if they are unable to do so, the parties SHALL appear before the undersigned for an in-person status conference on November 19, 2026, at 9:15 A.M.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: October 22, 2026
Richmond, Virginia