**Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia**

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): ______________________________

______________________________

______________________________

Electronic Device(s): ______________________________

______________________________

______________________________

Purpose and Location Of Use: ______________________________

Case No.: ______________________________

Date(s) Authorized: ______________________________

IT Clearance Waived: _______(Yes) _______(No)

APPROVED BY:

Date:____________________ ______________________________
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: ______________________________ __________
IT Staff Member Date(s)

**IT clearance must be completed, unless waived, before court appearance.**