**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

JOHN DOE,

Plaintiff,

Civil Action No. 3:25-cv-13

v.

SHERRIE JOYNES,

Defendant.

**Plaintiff's Memorandum in Support of his**
**Motion for Dismissal Pursuant to Rule 41(a)(2)**

On October 19, 2026, Plaintiff John Doe and Defendant Sherrie Joynes reached a settlement and signed a memorandum of understanding. On October 21, 2026, Plaintiff filed a Notice of Settlement. ECF 51. This Court then ordered that the dismissal be filed by November 18, 2026. ECF 52. On November 16, 2026, at a second settlement hearing held for the purpose of signing the relevant paperwork, the settlement agreement was executed.

Accordingly, Plaintiff asks this Court to enter an Order dismissing, with prejudice, Plaintiff's claims against Defendant Joynes. Under Federal Rule of Civil Procedure 41(a)(2), a court may grant a voluntary dismissal "on terms that the court considers proper." This Rule serves to "freely allow voluntary dismissals unless the parties will be prejudiced." *Davis v. USX Corp.*, 819 F.2d 1270, 1273 (4th Cir. 1987). Moreover, "[a] voluntary dismissal may include fewer than all defendants as long as all claims are dismissed against each affected defendant." *Southern Bank & Trust Co. Laburnum Hotel Partners, LLC*, No. 2:13-cv-216, 2014 U.S. Dist. LEXIS 91342, *14 (E.D. Va. June 6, 2014) (citing Moore's Federal Practice, Dismissal of Actions, § 41.21[3][a]).

Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), the Plaintiff asks that this Court explicitly reserve jurisdiction to enforce the terms of Plaintiff John Doe and Defendant Sherrie Joynes' settlement agreement.

Respectfully submitted,

JOHN DOE,

By: /s/ Danny Zemel
Counsel

Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: dzemel@krudys.com

Maisie Osteen (VSB #98736)
LEGAL AID JUSTICE CENTER
626 E. Broad Street, Suite 200
Richmond, VA 23219
Phone: (804) 643-1086
Fax: (804) 643-2059
Email: maise@justice4all.org
*Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that on this 17th day of November 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record. Further, I also will send the foregoing by first class mail and email to:

Sherrie Danielle Joynes
391 Chanticleer Drive
Petersburg, VA 23805
sherriejoynes84@yahoo.com

By: /s/ Danny Zemel___
Counsel