IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| JOHN DOE,<br>Plaintiff,<br><br>v.<br><br>SHERRIE JOYNES, *et al.*,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:25CV13 (RCY) |

**FINAL ORDER**

This matter is before the Court on the Plaintiff's Motion for Dismissal (ECF No. 55), filed pursuant to Federal Rule of Civil Procedure 41(a)(2). It appearing to the Court that all matters of controversy in this action have been settled, the Motion for Dismissal (ECF No. 55) is GRANTED. It is hereby ORDERED that this action is DISMISSED WITH PREJUDICE. The Court retains jurisdiction for the sole purpose of enforcing the terms of the settlement agreement, if necessary. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: November 18, 2026
Richmond, Virginia